UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL DUBOIS, MELVIN M. and
CHARLES SMITH, on behalf of themselves
and all others similarly situated,

      Plaintiffs,

vs.

                                       Case No. 4:03-cv-107-SPM

RHONDA MEDOWS, in her official
capacity as Secretary, Florida Agency
for Health Care Administration, and
JOHN AGWUNOBI, in his official
capacity as Secretary, Florida Department
of Health,

      Defendants.
_____/

## DEFENDANTS' RULE 26(a)(1) DISCLOSURES

Defendants, Rhonda Medows, etc., and John Agwunobi, etc., by undersigned counsel, hereby submit their Rule 26(a)(1) disclosures.

I. Persons likely to have discoverable information.

**ACHA**

1. Beth Kidder
   Medicaid Services
   2727 Mahan Drive, Mail Stop 20
   Tallahassee, FL 32308
   (850) 487-2618

OFFICE OF CLERK
U.S. DISTRICT CT
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

03 AUG 27 PM 2: 03

FILED

2. Kris Russell
   Medicaid Services
   2727 Mahan Drive, Mail Stop 20
   Tallahassee, FL 32308
   (850) 922-7353

3. Susan Kaempher
   Department of Children and Families
   Winewood Blvd.
   Tallahassee, FL 32301
   (850) 488-4877 ext. 144

**DOH**

4. Bill Reineking
   4052 Bald Cypress Way, Mail Bin C#25
   Tallahassee, FL 32399-1744
   C/O (850) 245-4444 ext. 2027 (Michael Greif)

5. Thom DeLilla
   4052 Bald Cypress Way, Mail Bin C#25
   Tallahassee, FL 32399-1744
   C/O (850) 245-4444 ext. 2027 (Michael Greif)

6. Mary Brown
   3974 Woodcock Dr., Suite 101-B
   Midtown Centre 2000 Bldg.
   Jacksonville, FL 32207
   C/O (850) 245-4444 ext. 2027 (Michael Greif)

7. Elizabeth Phillips
   Seagle Building, Suite 308
   408 West University Avenue
   Gainesville, FL 32601
   C/O (850) 245-4444 ext. 2027 (Michael Greif)

2

8.  Dan Newman
    101 Riverfront Blvd., Suite 200
    Bradenton, FL 34205
    C/O (850) 245-4444 ext. 2027 (Michael Greif)

Defendants reserve the right to amend their lists as matters so warrant during the course of this litigation.

## II. Document Information.

For ACHA, the documents located in Kris Russell's office include waiver documents approved by CMS on June 20, 2002 with an effective date of July 1, 2002; letter from CMS approving waiver; copy of compliance review report dated January 22, 2002 which includes response to CMS' findings and recommendations; interagency agreement for the operation of the TBI/SCI waiver; and draft of TBI/SCI Medicaid Waiver Handbook.

For DOH, policies and procedures in the offices of Bill Reineking and Thom DeLilla; regional information concerning consumers Plan of Care, budgets, and operations in the office of Mary Brown; information regarding case development, client services and providers as relating to client service in the office of Elizabeth Phillips; information regarding the nursing home transition program and specific case management information in the office of Dan Newman.

DOH documents relating to new procedures implemented to the field staff are

located at agency headquarters; information regarding the individual consumer can be obtained from the consumer and each specific case manager.

The defendants reserve the right to amend this list as matters so warrant during the course of this litigation.

III. There is no claim for damages.

IV. There is no insurance agreement.

                                    Respectfully submitted,

                                    CHARLES J. CRIST, JR.
                                    Attorney General

                                    GEORGE WAAS
                                    Senior Assistant Attorney General
                                    Florida Bar No. 129967

                                    CHARLES A. FINKEL
                                    Assistant Attorney General
                                    Florida Bar No. 099390

                                    Office of the Attorney General
                                    PL-01 The Capitol
                                    Tallahassee, Florida 32399-1050
                                    Tel.: (850) 414-3662
                                    Fax:  (850) 488-4872

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to Andrea Costello and Peter P. Sleasman, Southern Legal Counsel, Inc., 1229 N.W. 12th Avenue, Gainesville, FL 32601; and Jane Perkins and Sarah Somers, National Health Law Program, 211 N. Columbia Street, Chapel Hill, N. C. 27514, this 25th day of Aug, 2003.

George Waas