IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MICHAEL DUBOIS, et al,**

    **Plaintiffs,**

v.                                                  CASE NO. 4:03-cv-00107-SPM-AK

**RHONDA MEDOWS, et al,**

    **Defendants.**
_____/

**O R D E R**

This matter is before the Court on Plaintiffs' Motion to Expedite Time for Defendants to File an Opposition and for an Expedited Ruling on Plaintiffs' Motion to Compel Production of Documents and for Entry of an Order of Protection.  (Doc. 113). Having considered said motion and Defendants' response thereto, the Court is of the opinion that it should be **GRANTED**, but that Defendants should have through **June 30, 2004**, to file their response to the pending motion to compel.

    **DONE AND ORDERED** at Gainesville, Florida, this   22nd   day of June, 2004.

                                                         s/ A. KORNBLUM
                                                         **ALLAN KORNBLUM**
                                                         **UNITED STATES MAGISTRATE JUDGE**