IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL DUBOIS, et al.,

    Plaintiffs,

vs.                                                                   CASE NO.: 4:03cv107-SPM

CHRISTA CALAMAS, et al.,

    Defendants.

_____/

## ORDER CANCELLING PRETRIAL CONFERENCE AND TRIAL

In light of the parties' pending settlement, it is

ORDERED AND ADJUDGED that the pretrial conference and trial are cancelled.

DONE AND ORDERED this 31st day of October, 2006.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge