**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

DUBOIS, et al.,

      Plaintiffs,

v.     Case No. 4:03-CV-107-SPM

CALAMAS, et al.,

      Defendants.

**ORDER REQUIRING NOTICE TO CLASS MEMBERS OF PROPOSED**
**SETTLEMENT AND FAIRNESS HEARING**

Pursuant to Federal Rule of Civil Procedure 23(e) and Northern District Local Rule 16.2(D), the parties[1] now seek Court approval of a Settlement Agreement in this class action case filed on behalf of individuals with traumatic brain or spinal cord injuries who are eligible, or will be determined to be eligible, for home and community based services provided through the Traumatic Brain and Spinal Cord Injury Medicaid Waiver Program (TBI/SCI Waiver Program). The settlement, if approved, includes agreements concerning how the TBI/SCI Waiver Program will

---

[1] Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Defendants hereby substitute the current Secretary of the Agency for Health Care Administration, Christa Calamas, for the former Secretary, Alan Levine, and the current Secretary of the Department of Health, M. Rony Francois, for the former Secretary, John Agwunobi.

be administered.

The Plaintiffs in this case allege that Defendants have violated Title II of the Americans with Disabilities Act (ADA), 42 U.S.C. §12101 *et seq.* and implementing regulations, Section 504 of the Rehabilitation Act of 1973 (Section 504), 29 U.S.C. §794(a) and implementing regulations, Title XIX of the Social Security Act (the Medicaid Act), 42 U.S.C. §1396a *et seq.* and implementing regulations, and the Due Process Clause of the Fourteenth Amendment to the United States Constitution. Among these allegations are the following: (1) Defendants have forced Plaintiffs to be unnecessarily institutionalized and segregated in institutions, or placed at risk of institutionalization, in order to receive Medicaid funded long-term health care services, rather than providing them with services in the most integrated setting appropriate to their needs; (2) Defendants have failed to provide Plaintiffs with a choice of home and community based or institutional services as required by the Medicaid Act, 42 U.S.C. §1396n(c)(2); (3) Defendants have failed to provide necessary medical services to Plaintiffs with reasonable promptness, as required by the Medicaid Act, 42 U.S.C. §1396a(a)(8); and (4) Defendants have violated the notice and hearing provisions of the Medicaid Act, 42 U.S.C. §1396a(a)(3), the implementing regulations, 42 C.F.R. 431.200, *et seq.*, and the Due Process Clause of the U.S. Constitution by failing to provide class members with a written notice describing the basis for the delay/denial in requesting long term care services and informing individuals of their fair hearing rights. Defendants deny these allegations.

Plaintiffs are seeking declaratory and injunctive relief.

This case is brought pursuant to 42 U.S.C. § 1983 by all individuals with traumatic brain or spinal cord injuries who the state has already determined or will determine to be eligible to receive TBI/SCI Waiver Program services and have not received such services. (Dkt. #75 at 11-12.)

Upon consideration of the Settlement Agreement and the parties' Joint Motion for Approval of Procedure to Notify the Class of Proposed Settlement and Fairness Hearing, the Court orders as follows:

## **NOTICE TO CLASS MEMBERS**

The Court agrees with the parties that notice of the settlement of this case should be provided to class members, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, prior to the entry of an order of approval of the Settlement Agreement in order to provide an opportunity for class members to object. The Court further approves the parties' agreement as to the form, content and procedure for providing notice to the class as follows:

1. The parties shall provide notice of the proposed settlement of this case (Notice), in the form attached hereto as Exhibit A, by Defendants distributing the notice by First Class U.S. Mail on or before November 17, 2006, to all individuals that are on the waiting list for TBI/SCI Waiver Program services as of the date of this Order. Defendants shall bear the costs of mailing such Notices. Defendants shall post the Notice on the home page of the official website of the

Department of Health's Brain and Spinal Cord Injury Program located at: http://www.doh.state.fl.us/Workforce/BrainSC/ and the home page of the official website of the Agency for Health Care Administration located at: http://ahca.myflorida.com.  Defendants shall also display the Notice in their appropriate offices around the state in conspicuous places accessible to the public.

2. A hearing will be held at 1:30 p.m. on January 4, 2007, in Courtroom 2, United States Courthouse, 401 S.E. 1st Avenue, Gainesville, Florida, to consider and act upon any objection to the proposed settlement of this case that has been filed with the Court, communicated to Plaintiffs' counsel, or stated at the hearing, and, if appropriate, to approve the settlement.  Counsel for the class and counsel for Defendants should be prepared at the hearing to respond to objections filed by class members and to provide other information, as appropriate, bearing on whether or not the settlement should be approved.

With the consent of the parties, and after a review and finding that the foregoing notice procedure and content is fair and reasonable, it is hereby ORDERED that the parties shall comply with the terms of the foregoing notice procedure.

DONE AND ORDERED this 31st day of October, 2006.

       s/ Stephan P. Mickle

       STEPHAN P. MICKLE
       UNITED STATES DISTRICT JUDGE

# EXHIBIT A

## NOTICE
## PROPOSED SETTLEMENT OF *DUBOIS, et al. v. CALAMAS, et al.*
### United States District Court, Northern District of Florida
### Case No.: 4:03-CV-107-SPM

*Dubois, et al. v. Calamas, et al.* is a lawsuit that was filed on April 11, 2003. This case has been certified by the Court as a class action lawsuit on behalf of all persons with traumatic brain or spinal cord injuries who the state has determined, or will determine, to be eligible to receive home and community based services from Florida's Traumatic Brain and Spinal Cord Injury Medicaid Waiver Program (TBI/SCI Waiver Program). In this case, Plaintiffs allege that Defendants have violated federal Medicaid laws, the Americans with Disabilities Act, the Rehabilitation Act of 1973, and the Due Process Clause of the U.S. Constitution in the administration of the TBI/SCI Waiver Program.

The lawyers and named parties have agreed to settle the lawsuit. The settlement includes agreements about how the TBI/SCI Waiver Program will be administered concerning determinations on applications for services, assessments for services, the freedom to choose between home and community based care or institutional care, the waiting list for services, written notice of decisions on applications, and the right to a fair hearing.

**RIGHT TO OBJECT**: Any class member has the right to object to this proposed Settlement Agreement.

You may review the proposed Settlement Agreement by visiting the Clerk's Office, U.S. Courthouse, 401 S.E. 1st Avenue, Gainesville, Florida, 32601. The Settlement Agreement is also available on the following websites:

http://www.doh.state.fl.us/Workforce/BrainSC/
http://ahca.myflorida.com
http://www.southernlegal.org

You may file written objections to the dismissal by mailing your reasons for objection to the clerk of court at the above address no later than December 22, 2007. If you wish
to file evidence to support your objections, you must also file the evidence in writing by this date. You should also mail or fax a copy of any objection(s) that you send to the Clerk to the Plaintiffs' attorney listed below.

You also have the right to object to the settlement in person at a hearing that will be held at 1:30 p.m. on January 4, 2007. The hearing will take place in Courtroom 2,
United States Courthouse, 401 S.E. 1st Avenue, Gainesville, Florida, 32601. If a reasonable accommodation is needed for you to testify or appear, please notify the Clerk of the Court.

To ask questions of Plaintiffs' attorneys about the case or the procedure for objecting, you can contact: Andrea Costello, Southern Legal Counsel, Inc., 1229 N.W. 12th Avenue, Gainesville, Florida, 32601, (352) 271-8347 (fax); or email: slc@southernlegal.org