Case 4:03-cv-00107-SPM-AK   Document 207   Filed 01/03/07   Page 1 of 5

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DUBOIS, et al.,

        Plaintiffs,

v.                              Case No. 4:03-CV-107-SPM

CALAMAS, et al.,

        Defendants.

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

Through their undersigned attorneys, Plaintiffs Michael Dubois, Charles Smith and Melvin M., and Defendants Christa Calamas, in her official capacity as Secretary of the Florida Agency for Health Care Administration, and M. Rony Francois, in his official as Secretary of the Florida Department of Health hereby jointly move this Honorable Court to enter an Order Approving the Settlement Agreement pursuant to Fed. R. Civ. P. 23 and N.D. Loc R. 16.2. As grounds therefore, the parties state[1]:

1.    On March 1, 2004, this Court entered an Order granting Plaintiffs'

---

[1] Plaintiffs have contemporaneously filed a separate memorandum in support of this motion to present their own position and views to the Court concerning the fairness of the Settlement Agreement and to assist the Court in its determination. Due to scheduling, Plaintiffs' counsel were not able to provide Defendants with adequate time to review the memo prior to filing.



FILED 07 JAN -3 PM 2:18 OFFICE OF CLERK U.S. DISTRICT CT. NORTHERN DIST. FLA. GAINESVILLE

Motion for Class Certification and certified the class as: "all individuals with traumatic brain or spinal cord injuries who the state has already determined or will determine to be eligible to receive services from Florida's Medicaid Waiver Program for persons with traumatic brain and spinal cord injuries and have not received such services." (Dkt. #75.)

2.     Pursuant to Fed. R. Civ. P. 23(e), a class action may not be settled without the approval of the court. Notice of the proposed settlement has been provided to all members of the class in the manner this Court directed. (Dkt.#198.)

3.     The proposed Settlement Agreement was reached through intensive, arms-length negotiations between counsel for Plaintiffs and counsel for Defendants.

4.     The parties believe that the proposed Settlement Agreement is fair, reasonable and adequate to the members of the class.

5.     The proposed Settlement Agreement represents an effort by the parties to avoid further litigation of the issues in this case. It does not constitute an admission of wrongdoing or liability by Defendants.

6.     Counsel for Plaintiffs and the class hereby represent to this Court that counsel is able, experienced and well-qualified to evaluate the fairness of the proposed settlement on behalf of the members of the class based on their experience with class action litigation and that counsel are in favor of this motion.

7.     The agreed upon and approved notice of proposed settlement to class members informed the public that written objections could be filed and set

December 22, 2007,[2] as the deadline for the filing of such objections. As of January 2, 2007, counsel for Plaintiffs and Defendants were unaware of any written objections filed with the court by class members concerning the proposed Settlement Agreement.

WHEREFORE, the parties respectfully request the following:

a. That after conducting the fairness hearing pursuant to Fed. R. Civ. P. 23(e), this Court approve the Settlement Agreement pursuant to Fed. R. Civ. P. 23(e) and N.D. Loc. R. 16.2(D); and

b. That this Court, pursuant to the terms of the Settlement Agreement, enter the (proposed) Order of Dismissal with Prejudice filed contemporaneously with this motion.

Respectfully submitted,

BILL McCOLLUM
ATTORNEY GENERAL

*George Waas (by andrea costello)*

George Waas
Special Counsel
Florida Bar No. 129967

Douglas B. MacInnes
Senior Assistant Attorney General
Florida Bar No. 255629

*andrea costello*

Andrea Costello
Florida Bar No. 532991

SOUTHERN LEGAL COUNSEL, INC.
1229 N.W. 12th Avenue
Gainesville, FL 32601-4113
(352) 271-8890
352) 271-8347 (fax)

Peter P. Sleasman

---

[2] The parties assumed that the Court intended that December 22, 2006, to be the actual deadline.

Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399-1050
General
PL-01 The Capitol
(850) 414-3300
(850) 488-4872 (fax)

ATTORNEYS FOR DEFENDANTS

Florida Bar No. 367931
LEGAL ADVOCACY CENTER OF
CENTRAL FLORIDA, INC.
222 S.W. Broadway Street
Ocala, FL 34474
(352) 482-0179
(352) 482-0181 (fax)

Appearing Pro Hac Vice:
Jane Perkins
Sarah Somers
NATIONAL HEALTH LAW
PROGRAM
211 N. Columbia Street
Chapel Hill, NC 27514
(919) 968-6308
(919) 968-8855 (fax)

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished by electronic mail and U.S. First Class Mail on this 3rd day of January, 2007 to the following:

> George Waas
> Douglas B. MacInnes
> Office of the Attorney General
> PL-01, the Capitol
> Tallahassee, FL 32399-1050

*andrea costello*
_____
Andrea Costello