IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL DUBOIS, et al.,

    Plaintiffs,

vs.                                             CASE NO.: 4:03cv107-SPM

CHRISTA CALAMAS, et al.,

    Defendants.

_____/

## ORDER OF APPROVAL OF SETTLEMENT AGREEMENT

This cause was heard on January 4, 2007. Class members were given notice of the proposed settlement and the opportunity to object. No objections have been made.

The Court finds that the settlement provides significant benefits to all members of the class. The terms of the settlement are fair, reasonable, and adequate. Accordingly, pursuant to Federal Rule of Civil Procedure 23(e), the Court approves the settlement agreement.

SO ORDERED this 4th day of January, 2007.

Stephan P. Mickle
United States District Judge