UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DUBOIS, et al.,

        Plaintiffs,

v.                                    Case No. 4:03-CV-107-SPM

CALAMAS, et al.,

        Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the terms of the Order of Approval of Settlement Agreement entered on the 4th day of January, 2007, it is hereby ORDERED that this case is DISMISSED WITH PREJUDICE.

DONE AND ORDERED this 4th day of January, 2007.

STEPHAN P. MICKLE
UNITED STATES DISTRICT JUDGE