IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL DUBOIS, et al.,

      Plaintiffs,

vs.                                                                    CASE NO.: 4:03cv107-SPM

CHRISTA CALAMAS, et al.,

      Defendants.

_____/

## ORDER GRANTING LEAVE TO APPEAR BY TELEPHONE

Upon consideration, the request (doc. 209) for attorneys Jane Perkins and

Sarah Somers to appear by telephone is granted.  The attorneys should be

prepared to accept a call from the Court to a single telephone line at the time of

the hearing.

DONE AND ORDERED this 4th day of January, 2007.

_s/ Stephan P. Mickle_____

Stephan P. Mickle
United States District Judge